IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and
TOMOTHERAPY INCORPORATED,

    Plaintiffs,

v.

LEGACY TRANSPORTATION SERVICES,
INC. and DOES 1-10, inclusive,

    Defendants.
_____/

No. C 10-00505 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO REMAND**

This matter is set for a hearing on April 9, 2010 on Plaintiffs' motion to remand. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 17, 2010 and a reply brief shall be filed by no later than March 24, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 2, 2010

                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE