Higgs, Fletcher & Mack LLP
PETER S. DOODY, Bar No. 127653
doody@higgslaw.com
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone:    619.236.1551
Facsimile:    619.696.1410

Attorneys for Defendant
LEGACY TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TOMOTHERAPY INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>LEGACY TRANSPORTATION SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 10-00505 JSW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; ORDER THEREON** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO through their respective counsel of record that the initial case management conference, presently scheduled for August 6, 2010, at 1:30 p.m., may be continued for a period of 56 days (October 1, 2010) or to a date more convenient to the Court.

IT IS FURTHER STIPULATED that the related dates to (1) meet and confer re initial disclosures, early settlement ADR Process selection and discovery plan, file ADR Certification signed by parties and counsel, and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and (2) file Rule 26(f) Report, complete initial disclosures or state objection to Rule 26(f) Report and file Case Management statement per Standing Order may likewise be continued for a period of 56 days days.

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

101973-00031
970896.1

CASE NO. C 10-00505 JSW

1  The requested continuance will allow the parties to address the issue of Legacy's
2  Third-Party Complaint and further meet-and-confer in preparation for a meaningful initial case
3  management conference.
4  Counsel for plaintiff, attorney George Hasapis, will be on a pre-paid European vacation
5  between the dates of September 3 and 18, 2010.

DATED: July 19, 2010           ROBERTS & KEHAGIARAS LLP


                               By: /s/
                               ─────────────────────────────
                               GEORGE HASAPIS, ESQ.
                               Attorneys for Plaintiffs
                               TRAVELERS PROPERTY CASUALTY
                               COMPANY OF AMERICA and
                               TOMOTHERAPY INCORPORATED


DATED: July 19, 2010           HIGGS, FLETCHER & MACK LLP


                               By: [signature]
                               ─────────────────────────────
                               PETER S. DOODY, ESQ.
                               Attorneys for Defendant and
                               Third-Party Plaintiff LEGACY
                               TRANSPORTATION SERVICES, INC.


DATED: July 19, 2010           NEMECK & COLE


                               By:
                               ─────────────────────────────
                               GREGG S. GARFINKEL, ESQ.
                               Attorneys for Third-Party Defendant
                               UNITED VAN LINES, LLC

///

///

1  The requested continuance will allow the parties to address the issue of Legacy's
2  Third-Party Complaint and further meet-and-confer in preparation for a meaningful initial case
3  management conference.
4  Counsel for plaintiff, attorney George Hasapis, will be on a pre-paid European vacation
5  between the dates of September 3 and 18, 2010.

DATED: July 19, 2010         ROBERTS & KEHAGIARAS LLP

                             By: _____
                                 GEORGE HASAPIS, ESQ.
                                 Attorneys for Plaintiffs
                                 TRAVELERS PROPERTY CASUALTY
                                 COMPANY OF AMERICA and
                                 TOMOTHERAPY INCORPORATED

DATED: July 19, 2010         HIGGS, FLETCHER & MACK LLP

                             By: /s/ Peter S. Doody
                                 PETER S. DOODY, ESQ.
                                 Attorneys for Defendant and
                                 Third-Party Plaintiff LEGACY
                                 TRANSPORTATION SERVICES, INC.

DATED: July 19, 2010         NEMECK & COLE

                             By: /s/ Gregg S. Garfinkel
                                 GREGG S. GARFINKEL, ESQ.
                                 Attorneys for Third-Party Defendant
                                 UNITED VAN LINES, LLC

///

///

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO
101973-00031
970896.1
2
CASE NO. C 10-00505 JSW

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the following dates have been rescheduled:

| Date | Event |
|---|---|
| October 1, 2010 at 1:30 p.m. | Initial case management conference |
| | Meet and confer re initial disclosures, early settlement ADR Process selection and discovery plan, file ADR Certification signed by parties and counsel, and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| | File Rule 26(f) Report, complete initial disclosures or state objection to Rule 26(f) Report and file Case Management statement per Standing Order |

DATED:   July 20, 2010

*/s/ Jeffrey S. White*

THE HONORABLE JEFFREY S. WHITE
Judge, United States District Court