IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and
TOMOTHERAPY INCORPORATED,

    Plaintiffs,

v.

LEGACY TRANSPORTATION SERVICES,
INC. and DOES 1-10, inclusive,

    Defendants.

No. C 10-00505 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on October 8, 2010 on United Van Lines LLC's motion to dismiss the second amended third-party complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 14, 2010 and a reply brief shall be filed by no later than September 21, 2010.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 30, 2010

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE