Higgs, Fletcher & Mack LLP
PETER S. DOODY, Bar No. 127653
doody@higgslaw.com
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

Attorneys for Defendant
LEGACY TRANSPORTATION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TOMOTHERAPY INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>LEGACY TRANSPORTATION SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 10-00505 JSW<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES; ORDER THEREON** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO through their respective counsel of record that the initial case management conference, presently scheduled for October 1, 2010, at 1:30 p.m., may be continued for a period of 7 days (October 8, 2010) so that it may coincide with the date presently set for the hearing of the third party defendants motion to dismiss the second amended third party complaint, or alternatively to a date more convenient to the Court.

IT IS FURTHER STIPULATED that the related dates to (1) meet and confer re initial disclosures, early settlement ADR Process selection and discovery plan, file ADR Certification signed by parties and counsel, and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and (2) file Rule 26(f) Report, complete initial disclosures or state

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

101973-00031
970896.1

CASE NO. C 10-00505 JSW

1  objection to Rule 26(f) Report and file Case Management statement per Standing Order may
2  likewise be continued for a period of 7 days days.

3      The requested continuance will allow the parties to address minimize the travel expenses
4  necessary to have counsel attend both hearings and may also allow the parties to receive some
5  guidance from the Court on the issue of United Van Lines' motion to dismiss Legacy's Second
6  Amended Third-Party Complaint and further meet-and-confer in preparation for a meaningful
7  initial case management conference.

8      This is the parties' second request for a continuance of the initial case management
9  conference.

DATED:  September 23, 2010    ROBERTS & KEHAGIARAS LLP

By: /s/
GEORGE HASAPIS, ESQ.
Attorneys for Plaintiffs
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA and
TOMOTHERAPY INCORPORATED

DATED:  September 23, 2010    HIGGS, FLETCHER & MACK LLP

By: [signature]
PETER S. DOODY, ESQ.
Attorneys for Defendant and
Third-Party Plaintiff LEGACY
TRANSPORTATION SERVICES, INC.

DATED:  September 23, 2010    NEMECK & COLE

The initial case management, as well as the hearing on the pending motion to dismiss, shall be continued to **October 15, 2010 at 9:00 a.m.** All case management dates are continued accordingly.

By: /s/
GREGG S. GARFINKEL, ESQ.
Attorneys for Third-Party Defendant
UNITED VAN LINES, LLC

Dated: September 23, 2010

[signature: Jeffrey S. White]
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

101973-00031
970896.1

CASE NO. C 10-00505 JSW