**ROBERTS & KEHAGIARAS LLP**
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
GEORGE P. HASSAPIS, ESQ. (State Bar No. 147072)
gph@tradeandcargo.com
One World Trade Center, Suite #2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiffs
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and
TOMOTHERAPY INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TOMOTHERAPY INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> LEGACY TRANSPORTATION SERVICES, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> vs. <br><br> UNITED VAN LINES, LLC and DTI RIGGING, <br><br> Third-Party Defendants | **Case No. C 10-00505 JSW** <br><br> **NOTICE OF PARTIAL SETTLEMENT AND JOINT STIPULATION TO CONTINUE DATES TO FACILITATE THE COMPLETION OF DISCOVERY AND SUMBISSION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |

By agreement of the parties and pursuant to the Court's order of October 19, 2010, the captioned matter was to be mediated before a private mediator on or before January 13, 2011. Mediation was held on that date before Kathleen Jeffries, Esq., an experienced and knowledgeable litigation attorney with substantial expertise in the subject matter of

1

Z:\Legacy Transportation\Stipulation to Continue.doc

STIPULATION TO CONTINUE DATES
CASE NO. C 10-00505 JSW

transportation. The case was not resolved on the date of the mediation; however, through the continuing and diligent efforts of all counsel in the matter a settlement was ultimately reached that would dispose of the Third-Party Complaint of Legacy Transportation against United Van Lines. As of this date the language of settlement agreement memorializing the partial settlement has been agreed and the document has been signed by all counsel and parties with the exception of Legacy Transportation; however, this final signature is expected within the next few days. Counsel for United Van Lines intends to seek a determination of good faith settlement as soon as the fully executed document is received.

Having exhausted all possible avenues for the settlement of the case between plaintiffs Travelers/Tomotherapy and defendant, Legacy, the parties have now turned their attention to discovery, which has been significantly narrowed by virtue of the negotiations which occurred at the mediation. Given this court's earlier ruling that the case is governed by the Carmack Amendment (a strict liability statute) counsel for the remaining parties believe the principal issues that remain in this case could be resolved through the filing of cross-motions for summary judgment or summary adjudication of issues on the issues of Legacy's liability for the damage claimed by the plaintiffs and Legacy's right to limit its liability to a sum less than the amount of the damage claimed, after the completion of targeted discovery by both sides. The discovery would include requests for admission which might further serve

to pare the issues before the Court. At present, the discovery cut-off for fact discovery is presently set for March 11, 2011 and a further Case Management conference is scheduled for May 20, 2011 at 1:30 pm. From this point forward, the parties have stipulated to, and propose the following:

1. The fact discovery cut-off would be continued to May 10, 2011.
2. The Case Management conference presently scheduled for May 20, 2011 would remain on calendar and would be used to address any remaining discovery issues to discuss the scheduling and briefing of the parties' proposed cross motions for summary judgment (briefing schedule, page limitations, number of briefs, etc.)
3. The parties' cross-motions for summary judgment would be heard on a date convenient to this Court but NO LATER THAN July 15, 2011, unless a later date is required for the convenience of the Court.
4. The trial date presently on calendar would be vacated or continued to allow for the hearing of the summary judgment/summary adjudication motions.
5. Another Case Management Conference would be scheduled after the disposition of the motions to deal with any remaining issues if the parties have not been able to settle the case, in the light of the Court's rulings.

To this point the parties have done their best to reach a negotiated settlement of this case, as ordered by this Court.

The parties also believe that the case can be most efficiently resolved through the procedure they have agreed to and herein propose to the Court. The parties have not requested any prior continuance of the discovery cut-off date, and respectfully request that the Court consider this stipulation to give the parties the best chance of resolving this case without the need for an expensive and time consuming trial.

DATED: March 8, 2011    ROBERTS & KEHAGIARAS LLP

By:__/s/-George Hassapis_____
   GEORGE HASAPIS, ESQ.
   Attorneys for Plaintiffs
   TRAVELERS PROPERTY CASUALTY
   COMPANY OF AMERICA and
   TOMOTHERAPY INCORPORATED

DATED: March 8, 2011    HIGGS, FLETCHER & MACK LLP

By:__/s/ - George Hassapis*___
   PETER S. DOODY, ESQ.
   Attorneys for Defendant and
   Third-Party Plaintiff LEGACY
   TRANSPORTATION SERVICES, INC
   *Signed per written authority

DATED: March 8, 2011    NEMECK & COLE

By:_/s/-George Hassapis**___
   GREGG S. GARFINKEL, ESQ.
   Attorneys for Third-Party
   Defendant
   UNITED VAN LINES, LLC
   **Signed per written authority

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the following dates have been rescheduled:

\_\_\_May 20, 2011_____  New Fact Discovery Cut-off

The case management conference presently scheduled for May 20, 2011 at 1:30 pm shall remain on calendar and shall be used to discuss any open discovery issues and the cross-motions to be filed by the parties.

\_\_\_\_\_June 17, 2011_____.  Opening summary judgment briefs

\_\_\_\_\_July 1, 2011_____  Briefs in opposition

\_\_\_\_July 8, 2011_____  Reply Briefs

\_\_\_July 22, 2011 at 9:00 a.m._____  Motion hearing date

\_\_\_October 11, 2011 at 2:00 p.m.\_\_\_\_  Pretrial F~~urther status~~ conference date

\_\_\_October 31, 2011 at 8:00 a.m.\_\_\_\_\_  Trial Date

DATED: March 8 , 2011

*Jeffrey S White*

THE HONORABLE JEFFREY S. WHITE
Judge, United States District Court