GREGG S. GARFINKEL (156632)
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
(818) 788-9500 \ (818) 501-0328 Fax
e-mail: ggarfinkel@nemecek-cole.com

Attorneys for Third-Party Defendant and Counter-Claimant
UNITED VAN LINES, LLC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICAN and TOMOTHERAPY INCORPORATED,<br><br>Plaintiffs,<br><br>v.<br><br>LEGACY TRANSPORTATION SERVICES, INC.<br><br>Defendant and Third Party Plaintiff,<br><br>v.<br><br>UNITED VAN LINES, LLC, and DTI RIGGING (business form unknown),<br><br>Third-Party Defendants.<br><br>UNITED VAN LINES, LLC,<br><br>Third-Party Defendant and Counter-Claimant,<br><br>v.<br><br>LEGACY TRANSPORTATION SERVICES, INC.<br><br>Counter-Defendant. | Case No.: C10-00505 JSW<br><br>[PROPOSED] ORDER GRANTING UNITED VAN LINES LLC'S APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION<br><br>[California Code of Civil Procedure Section 877.6(a)(2)] |

1

[PROPOSED] ORDER GRANTING UNITED VAN LINES, LLC'S APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     WHEREAS, Third Party Defendant, Cross-Claimant and Counter-Claimant UNITED VAN LINES, LLC. (referred to herein as "UNITED"), applied to this Court on March 18, 2011 for an order determining its settlement with Plaintiffs, TOMOTHERAPY, INC., and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("PLAINTIFFS"), to have been made in good faith;

    WHEREAS, twenty five (25) days have elapsed, with no party having a Notice of Motion to Contest the good faith of the settlement between PLAINTIFFS and UNITED;

    WHEREAS, this Court finds that it is authorized to grant UNITED's Application for Good Faith Settlement Determination pursuant to California Code of Civil Procedure Section 877.6(a)(2), and the 9th Circuit's recent decision in *Mason & Dixon Intermodal, Inc., v. Lapmaster International LLC*, --- F.3d.---, 2011 WL 135084 (9th Cir. 2011); and

    WHEREAS, this Court finds that UNITED's application meets all of the substantive and procedural requirements of California Code of Civil Procedure Section 877.6(a)(2).

IT IS HEREBY ORDERED THAT:

    1.    UNITED's Application for Good Faith Settlement Determination is hereby granted;

    2.    The Third Party Complaint by LEGACY TRANSPORTATION SERVICES, INC., against UNITED is hereby dismissed; and

/ / /
/ / /
/ / /
/ / /
/ / /

[PROPOSED] ORDER GRANTING UNITED VAN LINES, LLC'S APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION

NEMECEK & COLE
A PROFESSIONAL CORPORATION
15260 VENTURA BOULEVARD, SUITE 920, SHERMAN OAKS, CALIFORNIA 91403-5344
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328

3. That all subsequent claims for indemnity and/or contribution against UNITED are hereby barred.

Dated: ~~March 21, 2011~~ April 26, 2011

By: /s/ Jeffrey S. White
JEFFREY S. WHITE
Judge of the United States
District Court for the
Northern District of California