**ROBERTS & KEHAGIARAS LLP**
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
GEORGE P. HASSAPIS, ESQ. (State Bar No. 147072)
gph@tradeandcargo.com
One World Trade Center, Suite #2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiffs
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and
TOMOTHERAPY INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TOMOTHERAPY INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGACY TRANSPORTATION SERVICES, INC.,<br><br>Defendant and Third-Party Plaintiff,<br><br>vs.<br><br>UNITED VAN LINES, LLC and DTI RIGGING,<br><br>Third-Party Defendants | **Case No. C 10-00505 JSW**<br><br>**STIPULATION REGARDING THE FILING AND BRIEFING OF A MOTION TO CLARIFY AND ADJUSTMENT OF THE SCHEDULE FOR THE SUMBISSION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER AS MODIFIED** |

Pursuant to the stipulation of counsel [Docket #81] and the subsequent order of the Court rescheduling dates [Docket#82], on May 20, 2011, counsel for Plaintiffs, Travelers Property Casualty Insurance Company of America and Tomotherapy Incorporated appeared before the captioned court for a further status conference. During that conference counsel advised the

Court that confusion had arisen between counsel regarding the meaning and effect of earlier orders made by the Court in this action. The Court advised counsel of its willingness to entertain a motion for clarification with regard to its earlier orders. This, in turn, would allow the parties to each more precisely focus their own motion for summary judgment and maximize the chances that the matter would be fully resolved by the intended cross motions for summary judgment and without the need for trial.

The Court entered an minute order following the Management Conference ordering the parties to confer and ultimately to prepare and file a stipulation relating to the date for the filing and briefing of a motion for clarification; adjusting the existing briefing schedule for the filing and briefing of the cross-motions for summary judgment contemplated by the parties; and setting the matter for another Case Management Conference on a date beyond the proposed argument date for the cross-motions. This would allow the Court to take another look at what issues (if any) remained for resolution after the hearing of the parties' cross-motions for summary judgment and assess what might be the most efficient manner of resolving those remaining issues.

The parties have met and conferred as ordered and have stipulated to the following (subject to the Court's alteration of the proposed schedule for its own convenience):

Z:\Legacy Transportation\Stipulation re clarification.doc  STIPULATION RE CLARIFICATION MOITON
CASE NO. C 10-00505 JSW

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

1. Plaintiffs shall file their opening brief seeking clarification of the meaning and import of the Court's earlier orders on June 10, 2011.
2. Defendant, Legacy, will file its "opposition" brief on June 20, 2011.
3. Plaintiffs will file their reply brief one week later on June 27, 2011.
4. The hearing on the Motion for Clarification (if the oral argument was deemed necessary) would be set for Friday, July 8, 2011 at 9:00 am in Courtroom 11.
5. For the purpose of the following dates, it is presumed that the Court's decision/order on the Motion for Clarification would be issued on or before July 15, 2011.
6. The parties' opening briefs on their cross-motions for summary judgment will be filed on August 1, 2011.
7. Briefs in opposition will be due on August 15, 2011.
8. Reply briefs will be due on August 22, 2011.
9. The cross-motions will be heard on Friday, September 2, 2011 or on another date convenient to this Court.
10. The trial date presently on calendar would be maintained; however, alteration of those dates will be considered at the subsequently scheduled Case Management Conference proposed for September 16, 2011.

The parties also believe that the case can be most efficiently resolved through the procedure they have agreed to

3

and herein propose to the Court. The parties have made one prior request for rescheduling, and respectfully request that the Court consider this stipulation to give the parties the best chance of resolving this case without the need for an expensive and time consuming trial.

DATED: May 23, 2011          ROBERTS & KEHAGIARAS LLP

                                       By:  /s/-George Hassapis
                                             GEORGE HASAPIS, ESQ.
                                             Attorneys for Plaintiffs
                                             TRAVELERS PROPERTY CASUALTY
                                             COMPANY OF AMERICA and
                                             TOMOTHERAPY INCORPORATED

DATED: May 23, 2011          HIGGS, FLETCHER & MACK LLP

                                         By:  /s/ - George Hassapis*
                                             PETER S. DOODY, ESQ.
                                             Attorneys for Defendant and
                                             Third-Party Plaintiff LEGACY
                                             TRANSPORTATION SERVICES, INC
                                             *Signed per written authority

Z:\Legacy Transportation\Stipulation re clarification.doc     STIPULATION RE CLARIFICATION MOITON
                                                                          CASE NO. C 10-00505 JSW

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the following dates in the captioned matter are scheduled as follows:

| Date | Event |
|---|---|
| June 10, 2011 | Opening brief/Clarification motion |
| June 20, 2011 | Opposition/Clarification motion |
| June 27, 2011 | Reply Brief/Clarification motion |
| July 08, 2011 at 9:00 AM | Clarification Motion hearing date |
| August ~~01~~ 8, 2011 | Opening summary judgment briefs |
| August ~~15~~ 19, 2011 | Opposition Briefs/Summary Judgment |
| August ~~22~~ 26, 2011 | Reply Briefs/Summary Judgment |
| September ~~02~~ 09, 2011 at 9:00 AM | Motion hearing date |

~~September 16, 2011 at 1:30 PM~~   Further status conference shall be set, if necessary, within the order on the motion for summary judgment.

~~The pretrial and trial dates shall remain unchanged; however, if it appears at the further status conference that the case~~

5

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

1  ~~would benefit from the continuance of the pretrial and trial~~
2  ~~dates, the Court will consider entering an appropriate order at~~
3  ~~that time.~~
4
5  DATED: May 25, 2011
6
7  _____
8  HONORABLE JEFFREY S. WHITE
   Judge, United States District Court

Z:\Legacy Transportation\Stipulation re clarification.doc

STIPULATION RE CLARIFICATION MOITON
CASE NO. C 10-00505 JSW