**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TOMOTHERAPY INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>LEGACY TRANSPORTATION SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. C 10-00505 JSW**<br><br>[PROPOSED] **ORDER RE: NOTICE OF SETTLEMENT AND STIPULATION TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES**<br><br>TRIAL: Feb. 21, 2012<br><br>JUDGE: Hon. Jeffery S. White |

The stipulation of plaintiffs Travelers Property Casualty of America and TomoTherapy Incorporated and defendant and third-party plaintiff Legacy Transportation Services, Inc. came on for consideration by the Honorable Jeffery S. White. The Court, having considered the parties' stipulation, hereby vacates the pretrial conference of January 30, 2012 and the trial scheduled to begin on February 21, 2012.

The Court further orders the parties to file a request for dismissal and a proposed order no later than March 2, 2012 or otherwise appear in Court on March 9, 2012 at 1:30 p.m., ~~2012~~ in order to show cause as to why such a dismissal is not yet on file.

IT IS SO ORDERED.

Dated: January 18, 2011

*Jeffery S. White*
Hon. Jeffery S. White
United States District Judge

By: HONORABLE JAMES WARE