**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and TOMOTHERAPY INCORPORATED,<br><br>        Plaintiffs,<br><br>  vs.<br><br>LEGACY TRANSPORTATION SERVICES, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **Case No. C 10-00505 JSW**<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION RE: VOLUNTARY DISMISSAL OF FIRST AMENDED COMPLAINT AND OF SECOND AMENDED THIRD-PARTY COMPLAINT**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>JUDGE: Hon. Jeffery S. White |

The stipulation of plaintiffs Travelers Property Casualty of America and TomoTherapy Incorporated and defendant and third-party plaintiff Legacy Transportation Services, Inc. ("Legacy") came on for consideration by the Honorable Jeffery S. White. The Court, having considered the parties' stipulation, hereby orders the dismissal, with prejudice, of the plaintiffs' first amended complaint, and of Legacy's second amended third-party complaint, without prejudice.

IT IS SO ORDERED.

Dated: __March 1__, 2012            _____
                                    Hon. Jeffery S. White
                                    United States District Judge